UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAVON E. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-CV-2110 |
| TIMOTHY BUKOWSKI, et al., | ) |
| Defendants. | ) |

**OPINION**

On May 20, 2013, Plaintiff, Javon E. Johnson, filed a pro se Motion for Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order (#1). Plaintiff also filed a Petition to Proceed in Forma Pauperis (#2) and his Trust Fund Ledger (#3). Plaintiff has not, however, filed a Complaint in this court. Plaintiff is now allowed thirty (30) days to file a Complaint. A Complaint must be filed before any action can be taken in this court.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff is now allowed thirty (30) days to file a Complaint.

(2) The clerk's office is directed to send a Complaint form to Plaintiff.

(3) If Plaintiff fails to file his Complaint with this court within the time allowed, this case will be dismissed.

ENTERED this 21st day of May, 2013

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE